BEFORE THE FIRST DIVISION, OCTOBER 23, 1951

No. 55929.—Coro, Inc., et al. v. United States, protests 121396–K, etc. (New York).

Opinion by OLIVER, C. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55930.—International Expediters, Inc., et al. v. United States, protests 133507–K, etc. (New York).

Opinion by OLIVER, C. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55931.—B. & F. Antique Silver, Ltd., et al. v. United States, protests 164446–K, etc. (New York).

Opinion by OLIVER, C. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55932.—American Meshed Fur Co. et al. v. United States, protests 123188–K, etc. (New York).

Opinion by MOLLISON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55933.—Associated Merchandising Corp. et al. v. United States, protests 172853–K, etc. (New York).

Opinion by MOLLISON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.